**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF and GREG WARZECKA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY BRUST, JESSICA BULALA, LAURA LUDWIG, an all those similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, and GREG WARZECKA,<br><br>                Defendants. | CASE NO. 2:07-CV-1488 FCD/EFB<br><br>**ORDER FOR STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND TO FILE JOINT STATUS REPORT, INCLUDING F.R.C.P. 26(f) DISCOVERY PLAN** |

The Court has reviewed and considered the parties' stipulated request filed September 20, 2007 to continue the deadline for Defendants to file a responsive pleading and for both parties to file the joint status report that includes the Rule 26(f) discovery plan and hereby approves the Stipulation.

Defendants must file a responsive pleading on or before October 26, 2007.  The parties shall file a joint status report on or before November 16, 2007.

**IT IS SO ORDERED.**

DATED: September 21, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE