**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
George A. Acero, SBN 226709
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF and GREG WARZECKA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY BRUST, JESSICA BULALA, LAURA LUDWIG, an all those similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, and GREG WARZECKA,<br><br>             Defendants. | CASE NO. 2:07-CV-1488 FCD/EFB<br><br>**ORDER EX PARTE APPLICATION TO EXTEND PAGE LIMIT TO DEFENDANTS' RULE 12(b)(6) MOTION**<br><br>Date:<br>Time:<br>Ctrm: |

This Ex Parte Application for permission to file a 24-page Rule 12(b)(6) Motion filed by Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, and GREG WARZECKA was entertained on an ex parte basis. The Court has reviewed the Ex Parte Application and found good cause to grant Defendants' request for a page extension.

///

///

**IT IS HEREBY ORDERED** that Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, and GREG WARZECKA shall be permitted to file their Rule 12(b)(b) Motion in excess of 20 pages, but not to exceed 24 pages.

Dated:  October 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE