James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(moliver@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA  94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@abanet.org)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**[Sacramento Division]**

| | |
|---|---|
| KELSEY BRUST, et al.,<br><br>　　　　　Plaintiff,<br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>　　　　　Defendants | CASE NO. 2:07-CV-01488-FCD-EFB<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR AN EXTENSION OF PAGE LIMITS FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 12(b)(6) MOTION** |

　　　The Ex Parte Application of Plaintiffs Kelsey Brust, Jessica Bulala, and Laura Ludwig for permission to increase the page limits of their opposition to Defendants' Rule 12(b)(6) Motion was considered on an ex parte basis.  The Court reviewed the Ex Parte Application and has found good cause to Grant Plaintiffs' request for a page extension.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiffs Kelsey Brust, Jessica Bulala, and Laura Ludwig shall be permitted to file their Opposition to Defendants' Rule 12(b)(6) Motion in excess of 20 pages, but not to exceed 24 pages.

DATED: October 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE