**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Michael W. Pott, SBN 186156
Brooke A. Dohmen, SBN 242815
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (facsimile) (916) 927-3706
**Attorneys for Defendant**

James C. Sturdevant, State Bar No. 94551
Mark T. Johnson, State Bar No. 76904)
Monique Olivier, State Bar No. 190385
THE STURDEVANT LAW FIRM
475 Sansome Street, Suite 1750
San Francisco, CA  94111
Telephone: (415) 477-2410 Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
Noreen Farrell, State Bar No. 191600
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672 Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491
**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY BRUST, et al. | CASE NO.:  2:07-CV-1488 FCD EFB |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | **REGARDING USE OF DISCOVERY** |
| | **FROM RELATED ACTION** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS, et al. | |
| Defendants. | |

The Court has issued a Related Case Order, noting that the cases of *Brust, et. al. v. Regents of the University of California, et. al.* (Eastern District case number 2:07-CV-1488 FCD/EFB) and

1

*Mansourian et. al. v. Regents of the University of California, et. al.* (Eastern District case number 2:03-cv-2591 FCD/EFB) involved many of the same defendants and are based on the same or similar claims and questions of law and fact. The parties agree that the claims and legal issues asserted in the two cases are related in various aspects. A significant amount of discovery has been conducted in the *Mansourian et. al. v. Regents of the University of California, et. al* case, as of the date of this stipulation. In order to avoid duplication and waste of time, money and travel, the parties, through their counsel of record, stipulate and agree as follows:

1. Aside from the exception noted in paragraph 1A, any documents produced in discovery in the *Mansourian et. al. v. Regents of the University of California, et. al* case may be used to prosecute or defend in the *Brust, et. al. v. Regents of the University of California, et. al* case, subject to the Federal Rules of Evidence. The participation of the Defendant in entering into this stipulation does not constitute an agreement that any documents in the possession of Plaintiffs' counsel by virtue of their representation of the plaintiffs in the *Mansourian et. al. v. Regents of the University of California, et. al* case are admissible in the *Brust, et. al. v. Regents of the University of California, et. al* case.

   A. Paragraph 1 does not apply to any documents that were produced by the defendants in the case entitled *Burch v. Regents of the University of California, et. al.* (Eastern District case number S-04-38 WBS/GGH) pursuant to the order of the court in that case issued on August 31, 2005 (docket number 114) including documents identified by Bates numbers UC 60, UC 80-87, UC 89-91, UC 94, UC 127-129, UC 152, UC 165-167, UC 199-200, UC 264-265, UC 271-273, UC 294-296, UC 301-302, UC 304-305, UC 308-310, UC 328, UC 333-335, UC 342-343, UC 389-391, UC 414-419, UC 421-428, UC 552-559, UC 856-864, UC 866-869, UC 871-876, UC 885-886, UC 936-938, UC 958, UC 964-966, UC 975-981, UC 983-986, UC 993-995, UC 998-1009, UC 1073-1078, UC 1092-1093, UC 1100-1108, UC 1216, UC 1218-1220, UC 1254-1263, UC 1266-1272, UC 1290-1293, UC 1310-1313, UC 1320, UC 1322-1327, UC 1368-1384, UC 1389-1393, UC 1397, UC 1408-1410, UC 1414-1420, UC 1428-1429, UC 1434-1440, UC 1459-1462, UC 1680-1681, UC 1708-1719, UC 2073-2081, UC 2085, UC 2095-2096, UC 2111-2140, UC 2142-2143, UC 2228, UC 2242-2247, UC 2302, UC 2347-2353, UC 2364-2369, UC 2375-2377, UC 2417-2418, UC 2511-2513, UC 2528,

UC 2531-2534, UC 2538-2541, UC 2546-2549, UC 2618-2619, UC 2624-2644, UC 2658, UC 2743-2747, UC 2752, UC 2786-2787, UC 2797-2800, UC 2804, UC 2806-2807, UC 2864, UC 3698, UC 4188, UC 4208-4211, UC 4223-4224, UC 4232-4233, UC 4254-4255, UC 4263-4264, UC 4282-4288, UC 4291-4293, UC 4295-4298, UC 4305-4313, UC 4318-4325, UC 4328-4331, UC 4334-4339, UC 4349-4350, UC 4358-4407, UC 4501-4504, UC 4506-4510, UC 4514-4539, UC 4546-4624, UC 4626-4738, RPD1.0004-0005, RPD1.0120, RPD1.0135-0136, RPD1.0449-0474, RPD1.0478-488, RPD1.0495-0500, RPD1.0510-0512, RPD1.0516, RPD1.0522-0523, RPD1.0542-0546, RPD1.0549-0561, RPD1.0577-0588, RPD1.0605-0609, RPD1.0611, RPD1.0620-0652, RPD1.0665-0679, RPD1.0694-0700, RPD1.0702-0706, RPD1.0713-0725, RPD1.1233-1244, RPD1.1246-1247, RPD1.1250-1258, RPD1.1285, RPD1.1628-1633, RPD1.2269-2271, RPD1.2524-2533, RPD1.2535, RPD1.2542, RPD1.2549-2550, RPD1.2588-2591, RPD1.2596-2605, and RPD1.2627-2632.

2. The participation of Plaintiffs in entering into this stipulation does not constitute a waiver of any arguments regarding any documents in the possession of Plaintiffs' counsel, including the documents listed in paragraph 1A, including the argument that documents are previously produced, privileges are waived and the documents are admissible. Similarly, by entering into this stipulation Defendant does not waive any arguments pertaining to the application of privilege, use and/or admissibility of such documents. The terms and conditions of the stipulated protective order entitled "Stipulated Protective Order re: Documents Produced Pursuant To Order Entered August 30, 2005" in the *Burch v. Regents of the University of California, et.al.* case shall continue to apply to the documents listed in paragraph 1A.

3. If a party (including employees of a party) in the *Brust, et. al. v. Regents of the University of California, et. al* case is served with a request for production of documents pursuant to F.R.C.P. 34 or 45, and all or some of the documents responsive to the request have been previously produced in discovery in the *Mansourian et. al. v. Regents of the University of California, et. al* case, the responding party may opt not to produce those documents again in the *Brust, et. al. v. Regents of the University of California, et. al* case, and instead identify responsive documents in

that party's written response to the document request by Bates number. All parties to this Stipulation agree that they will tailor document requests such that the party responding to the request will not be unduly burdened in sorting through the more than 60,000 documents that have been produced in the *Burch v. Regents of the University of California, et. al.* case and the *Mansourian et. al. v. Regents of the University of California, et. al* case in order to determine which documents are responsive to requests made in the *Brust, et. al. v. Regents of the University of California, et. al* case.

4.  The parties may use deposition testimony of witnesses deposed in the *Mansourian et. al. v. Regents of the University of California, et. al* case for the prosecution or defense of the *Brust, et. al. v. Regents of the University of California, et. al* case.

5.  The fact that a witness or a party was deposed in the *Mansourian et. al. v. Regents of the University of California, et. al* case does not preclude any party from choosing to depose that same witness or party in the *Brust, et. al. v. Regents of the University of California, et. al* case, nor does it shorten the aggregated time allowed to depose a witness. Counsel for both sides agree that they will make a good faith effort to avoid unnecessary duplication of questioning, should any party or witness who was previously deposed in the *Mansourian et. al. v. Regents of the University of California, et. al* case also be deposed in the *Brust, et. al. v. Regents of the University of California, et. al* case.

6.  Interrogatory responses, requests for admission and other discovery are not merged pursuant to this stipulation, unless otherwise allowed under the Federal Rules or unless the parties enter into a later stipulation stating otherwise.

7.  The agreement pertaining to use of documents and deposition testimony, as set forth in Paragraphs 1, 2, 3 and 4 of this Stipulation, also applies to documents produced in the *Burch v. Regents of the University of California, et. al.* case (with the exception noted in Paragraph 1A) and depositions taken in the *Burch v. Regents of the University of California, et. al.* case. Through the Stipulation and Order Regarding Merger of Some Discovery and Regarding Discovery of Financial Information; Stipulation and Protective Order Regarding Personal Information which was lodged in both the *Mansourian* and *Burch* actions, the discovery undertaken in the *Mansourian* action and the *Burch* action were also subject to a stipulation and order regarding merger of discovery. (See *Exhibit A*, attached).

8.  Nothing in this stipulation shall affect any party's right to object to the admissibility of any merged deposition testimony or document. Objections made during deposition testimony in the

4

*Burch v. Regents of the University of California, et. al.* case and the *Mansourian et. al. v. Regents of the University of California, et. al* case shall be presumed made in the *Brust, et. al. v. Regents of the University of California, et. al* case, unless otherwise noted.

DATED:  January 8, 2008                    THE STURDEVANT LAW FIRM

/s/ Monique Olivier (as authorized on 01/08/08)
MONIQUE OLIVIER
Attorneys for Plaintiffs

DATED:   January 8, 2008                   EQUAL RIGHTS ADVOCATES

/s/ Noreen Farrell (as authorized on 01/08/08)
NOREEN FARRELL
Attorneys for Plaintiffs

DATED:  January 8, 2008                    PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ Nancy J. Sheehan
NANCY J. SHEEHAN
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated:  January 9, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE