**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Michael W. Pott, SBN 186156
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA,

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELSEY BRUST, JESSICA BULALA, LAURA LUDWIG, an all those similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, and GREG WARZECKA,<br><br>          Defendants. | CASE NO. 2:07-CV-1488 FCD/EFB<br><br>**STIPULATION AND ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER** |

The parties, by and through their counsel of record, respectfully request that the Court modify its status (pretrial scheduling) order as indicated below for the reasons set forth in this stipulation.

1.  This action was filed on July 24, 2007. Plaintiffs allege that defendants have violated Title XI of the Education Amendments of 1972 (20 U.S.C. § 1681) by denying them equal opportunity to participate in varsity athletics at the University of California/Davis ("UC Davis").

///

///

1

**STIPULATION AND ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**
{00603338.DOC}

2.      Counsel for plaintiffs are the same attorneys who represented the plaintiffs in the matter of *Mansourian, et al. v. Board of Regents of the University of California at Davis, et al.* (E.D. Cal. Case No. Civ. S-03-2591 FCD/EFB).

3.      During the time since the amended status (pretrial scheduling) order was filed on April 4, 2008 in the Brust case, counsel for defendants were involved preparing the extensive cost bill in the *Mansourian* case.  Thereafter, counsel for Plaintiffs were involved in preparing an objection to the cost bill as well as motions to file documents under seal in relation to the objection to the cost bill.  Thereafter, Defense counsel was preparing the reply brief in support of Defendant's cost bill.  Thereafter, counsel for Plaintiffs was involved in the preparation of and filing of a motion to continue the cost bill hearing.

4.      Since the court has issued its ruling on the objections to the bill of costs in the *Mansourian* case, the parties have actively engaged in written discovery in this case and have been coordinating the scheduling of depositions.  While meeting and conferring regarding deposition dates, the parties discovered that one of the plaintiffs in this matter, Kelsey Brust, is unavailable for deposition until mid-September, 2008.

5.      Due to the time constraints placed on counsel for both parties because of the filing of the resolution of the bill of costs issue in the *Mansourian* case as well as the inability to take at least of one of the Plaintiff's depositions prior to mid-September 2008, the parties request additional time to disclose their list of experts and list of supplemental experts in this matter.  The additional time is needed so that the parties can provide their experts with information learned from the Plaintiffs during their depositions.  The additional time is also needed for the experts to prepare their reports once the depositions have been completed.

6.      The parties respectfully request that the status (pretrial scheduling) order in this case be modified as follows:

Disclosure of Expert Witnesses and Expert Witness Reports due by November 3, 2008.

Disclosure of supplemental list of expert witnesses and accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party,

if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject due by December 15, 2008.

The disclosure of experts and supplemental experts will be made based in conformance with the language contained in the amended (pretrial scheduling) order.

**IT IS SO STIPULATED**

Dated: August 22, 2008           PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                 By _____/s/_____
                                       Nancy J. Sheehan
                                       Michael W. Pott
                                       Attorneys for Defendants


Dated: August 22, 2008           EQUAL RIGHTS ADVOCATES


                                 By _____/s/_____
                                       Noreen Farrell
                                       Lisa Leebove
                                       Attorneys for Plaintiffs

IT IS SO ORDERED:

Dated: August 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE