James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(molivier@sturdevantlaw.com)
Whitney Huston, State Bar No. 234863
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
Lisa Leebove, State Bar No. 186705
(lleebove@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
[Sacramento Division]**

| | |
|---|---|
| **KELSEY BRUST, et al.,**<br><br>    **Plaintiffs,**<br>vs.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>    **Defendant.** | **CASE NO. 2:07-CV-01488-FCD-EFB**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR AN EXTENSION TO PAGE LIMITS FOR PLAINTIFFS' REPLY BRIEF ON THE MOTION FOR CLASS CERTIFICATION**<br><br>DATE:            October 3, 2008<br>TIME:            10:00 a.m.<br>COURTOOM:   2<br><br>Complaint filed:  July 24, 2007<br>Honorable Frank C. Damrell, Jr. |

1  The Court has reviewed the *Ex Parte* Application of Kelsey Brust, Laura Ludwig, and Jessica Bulala for permission to increase the page limits of their Reply Brief relating to Plaintiffs' Motion for Class Certification and has found good cause to Grant Plaintiffs' request for a page extensions.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs Kelsey Brust, Laura Ludwig, and Jessica Bulala shall be permitted to file their Reply Brief on the Motion for Class Certification in excess of 10 pages, but not to exceed 15 pages.

DATED:  September 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE