James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(molivier@sturdevantlaw.com)
Whitney Huston, State Bar No. 234863
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
Lisa Leebove, State Bar No. 186705
(lleebove@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

PORTER SCOTT
A Professional Corporation
Nancy J. Sheehan, State Bar No. 109419
(nsheehan@pswdlaw.com)
Nancy J. Sheehan, State Bar No. 109419
(nsheehan@pswdlaw.com)
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KELSEY BRUST, et al.,**<br>　　　　　**Plaintiffs,**<br>vs.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>　　　　　**Defendant.** | **CASE NO. 2:07-CV-01488-FCD-EFB**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO MODIFY THE AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Complaint filed:　　July 24, 2007<br>Trial Date:　　　　October 27, 2009<br>Honorable Frank C. Damrell, Jr. |

The parties, by and through their counsel of record, request that the Court modify the Amended Status (Pretrial Scheduling) Order entered on April 4, 2008 (Docket # 48), for the reasons set forth in this Stipulation.

1. This action was filed on July 24, 2007.  Plaintiffs allege that defendant has violated Title IX of the Education Amendments of 1972 (20 U.S.C. § 1621 *et seq.*), the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution (as enforced through 42 U.S.C. § 1983), and various state statutes by denying them equal opportunity to participate in varsity athletics at the University of California at Davis.  Defendant denies the allegations.

2. On April 4, 2008, the Court issued the Amended Status (Pretrial Scheduling) Order. (Docket # 48.)  On August 25, 2008, the Court granted the parties Stipulation and Order Modifying the Status (Pretrial Scheduling) Order (Docket # 60), which extended the expert witness related dates as follows:  (1) disclosure of expert witnesses with accompanying written reports to November 3, 2008; and (2) disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject to December 15, 2008.

3. The parties have been actively engaged in written and deposition discovery in this case. Plaintiffs have served and defendant has responded to two rounds of requests for production of documents and one set of requests for admissions.  Defendant has served and plaintiffs have responded to requests for production of documents and interrogatories, which were directed to each plaintiff individually.  In addition, the depositions of all three plaintiffs have been taken.  The parties are continuing to coordinate the scheduling of defendant's witnesses' depositions.

4. Plaintiffs filed their motion for class certification on August 14, 2008.  (Docket # 52-58.) The opposition and reply papers were filed on September 10th and September 26th respectively.  (Docket # 61-70 & 75.)  On September 30, 2008, the Court vacated the hearing on the motion and deemed the matter submitted.  (Docket # 79.)  The order has not yet issued.

1

5.      Due to the time necessary for the above-described discovery and the time to prepare and respond to the class certification motion, the parties request an additional three weeks to disclose their list of expert witnesses and list of supplemental experts in this matter.  The additional time is requested because, as described above, the parties are still actively engaged in discovery and because the class certification motion is still pending.

6.      For these and other reasons, the parties jointly ask the Court modify the Amended Status (Pretrial Scheduling) Order to extend the dates related to expert witness designations and reports as follows:

- Deadline for the disclosure of expert witnesses with accompanying written reports shall be November 21, 2008
- Disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject shall be December 23, 2008

The disclosure of experts and supplemental experts will be made in conformance with the language contained in the Amended Status (Pretrial Scheduling) Order.

**IT IS SO STIPULATED**

DATED: October 14, 2008              PORTER SCOTT
                                     A Professional Corporation

                                       /s/ *Michael W. Pott*
                                       MICHAEL W. POTT
                                       Attorneys for Defendant

DATED: October 14, 2008              THE STURDEVANT LAW FIRM
                                     A Professional Corporation

                                       /s/ *Monique Olivier*
                                       MONIQUE OLIVIER
                                       Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: October 14, 2008 | EQUAL RIGHTS ADVOCATES |
| 2 | | /s/ *Lisa Leebove* |
| | | LISA LEEBOVE |
| 3 | | Attorneys for Plaintiffs |

**IT IS SO ORDERED**

DATED:       October 14, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Z:\428 - Brust v UC Regents\Pleadings\Joint Stip Req to Modify Sched Order 1st.doc