James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(molivier@sturdevantlaw.com)
Whitney Huston, State Bar No. 234863
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
Lisa Leebove, State Bar No. 186705
(lleebove@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

PORTER SCOTT
A Professional Corporation
Nancy J. Sheehan, State Bar No. 109419
(nsheehan@pswdlaw.com)
Nancy J. Sheehan, State Bar No. 109419
(nsheehan@pswdlaw.com)
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KELSEY BRUST, et al.,**<br>　　　　　**Plaintiffs,**<br>vs.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>　　　　　**Defendant.** | **CASE NO. 2:07-CV-01488-FCD-EFB**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO MODIFY THE AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Complaint filed:　　July 24, 2007<br>Trial Date:　　　　October 27, 2009<br>Honorable Frank C. Damrell, Jr. |

The parties, by and through their counsel of record, request that the Court modify the Amended Status (Pretrial Scheduling) Order entered on April 4, 2008 (Docket # 48), for the reasons set forth in this Stipulation.

1. This action was filed on July 24, 2007. Plaintiffs allege that defendant has violated Title IX of the Education Amendments of 1972 (20 U.S.C. § 1621 *et seq.*), the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution (as enforced through 42 U.S.C. § 1983), and various state statutes by denying them equal opportunity to participate in varsity athletics at the University of California at Davis. Defendant denies the allegations.

2. On April 4, 2008, the Court issued the Amended Status (Pretrial Scheduling) Order. (Docket # 48.) On August 25, 2008, the Court granted the parties Stipulation and Order Modifying the Status (Pretrial Scheduling) Order (Docket # 60), which extended the expert witness related dates as follows: (1) disclosure of expert witnesses with accompanying written reports to November 3, 2008; and (2) disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject to December 15, 2008.

3. On October 15, 2008, the Court granted the parties Stipulation and Order to Modify the Amended Status (Pretrial Scheduling) Order (Docket # 85), which further extended the expert witness related dates as follows: (1) disclosure of expert witnesses with accompanying written reports to November 21, 2008; and (2) disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject to December 23, 2008.

4. The parties have been actively engaged in written and deposition discovery in this case. Plaintiffs have served and defendant has responded to two rounds of requests for production of documents and one set of requests for admissions. Defendant has served and plaintiffs have responded to requests for production of documents and interrogatories, which were directed to each plaintiff

individually.  In addition, the depositions of all three plaintiffs and two of defendant's witnesses have been taken.  The parties are continuing to coordinate the scheduling of defendant's witnesses' depositions.

5. On October 24, 2008, the Court granted Plaintiffs' motion for class certification. (Docket # 86.)

6. Due to the time necessary for the above-described discovery and fact development, as well as additional fact discovery now that class certification has been granted, and due to the difficulty in coordinating witness schedules over the coming holiday season, the parties request that the Court grant additional time for expert witness designations, as well as extend the deadlines for discovery cut-offs and the dispositive motion deadline.  The additional time is requested because, as described above, the parties are still actively engaged in discovery which has been time consuming and because the class certification order has potentially broadened the scope of discovery required.  In addition, two counsel for Plaintiffs are currently on maternity leave (Noreen Farrell and Lisa Leebove of Equal Rights Advocates) and a third counsel for Plaintiffs (Monique Olivier of The Sturdevant Law Firm) has significant appellate and trial work scheduled for the next three months.

7. For these and other reasons, the parties jointly ask the Court modify the Amended Status (Pretrial Scheduling) Order to extend the dates as follows:

- Deadline for the disclosure of expert witnesses with accompanying written reports shall be December 19, 2008.
- Disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject shall be January 23, 2009.
- Merits and Expert Discovery Cut-Off dates to both be March 27, 2009.
- All dispositive motions shall be heard by no later than July 10, 2009.

2

The disclosure of experts and supplemental experts will be made in conformance with the language contained in the Amended Status (Pretrial Scheduling) Order.

8. The parties are not requesting any change in the dates for the final pre-trial conference, currently set for August 28, 2009, or the trial date, currently set of October 27, 2009, and respectfully request that those dates remain unchanged.

**IT IS SO STIPULATED**

DATED: November 13, 2008

PORTER SCOTT
A Professional Corporation

 /s/ *Nancy J. Sheehan*
NANCY J. SHEEHAN
Attorneys for Defendant

DATED: November 13, 2008

THE STURDEVANT LAW FIRM
A Professional Corporation

 /s/ *Monique Olivier*
MONIQUE OLIVIER
Attorneys for Plaintiffs

DATED: November 13, 2008

EQUAL RIGHTS ADVOCATES

 /s/ *Lisa Leebove*
LISA LEEBOVE
Attorneys for Plaintiffs

**IT IS SO ORDERED**

DATED: November 17, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Z:\428 - Brust v UC Regents\Pleadings\Joint Stip Req to Modify Sched Order 2nd.doc

3

STIPULATION AND ORDER TO MODIFY THE AMENDED STATUS (PRETRIAL SCHEDULING) ORDER
CASE NO. CIV S-03-2591 FCD EFB