James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(molivier@sturdevantlaw.com)
Whitney Huston, State Bar No. 234863
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
Lisa Leebove, State Bar No. 186705
(lleebove@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA 94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA 22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

PORTER SCOTT
A Professional Corporation
Nancy J. Sheehan, State Bar No. 109419
(nsheehan@pswdlaw.com)
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELSEY BRUST, et al.,** | **CASE NO. 2:07-CV-01488-FCD-EFB** |
| **Plaintiffs,** | **CLASS ACTION** |
| vs. | **STIPULATION AND ORDER TO MODIFY THE AMENDED STATUS (PRETRIAL SCHEDULING) ORDER** |
| **REGENTS OF THE UNIVERSITY OF CALIFORNIA,** | |
| **Defendant.** | Complaint filed: July 24, 2007<br>Trial Date: October 27, 2009<br>Honorable Frank C. Damrell, Jr. |

The parties, by and through their counsel of record, request that the Court modify the Amended Status (Pretrial Scheduling) Order entered on April 4, 2008 (Docket # 48), for the reasons set forth in this Stipulation.

1. This action was filed on July 24, 2007. Plaintiffs allege that defendant has violated Title IX of the Education Amendments of 1972 (20 U.S.C. § 1621 *et seq*.), the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution (as enforced through 42 U.S.C. § 1983), and various state statutes by denying them equal opportunity to participate in varsity athletics at the University of California at Davis. Defendant denies the allegations.

2. On April 4, 2008, the Court issued the Amended Status (Pretrial Scheduling) Order. (Docket # 48.) On August 25, 2008, the Court granted the parties Stipulation and Order Modifying the Status (Pretrial Scheduling) Order (Docket # 60), which extended the expert witness related dates as follows: (1) disclosure of expert witnesses with accompanying written reports to November 3, 2008; and (2) disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject to December 15, 2008.

3. On October 15, 2008, the Court granted the parties Stipulation and Order to Modify the Amended Status (Pretrial Scheduling) Order (Docket # 85), which further extended the expert witness related dates as follows: (1) disclosure of expert witnesses with accompanying written reports to November 21, 2008; and (2) disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject to December 23, 2008.

4. On October 24, 2008, the Court granted Plaintiffs' motion for class certification. (Docket # 86.)

5. On November 17, 2008, the Court granted the parties Stipulation and Order to Modify the Amended Status (Pretrial Scheduling) Order (Docket # 88), which further extended the expert witness

1

related dates as follows: (1) disclosure of expert witnesses with accompanying written reports to December 19, 2008; and (2) disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject to January 23, 2009. In addition, Merits and Expert Discovery Cut-Off dates were extended to March 27, 2009 and the hearing date on dispositive motions was extended to July 10, 2009.

6. The parties are currently engaged in productive mediation and as a result have primarily focused on mediation efforts and thus require additional time to complete discovery if the mediation effort is not successful.

7. For this and other reasons, the parties jointly ask the Court modify the Amended Status (Pretrial Scheduling) Order to extend the dates as follows:

- Deadline for the disclosure of expert witnesses with accompanying written reports shall be February 13, 2009.
- Disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject, shall be March 20, 2009.
- Merits and Expert Discovery Cut-Off dates to both be May 22, 2009.
- All dispositive motions shall be heard by no later than September 4, 2009.
- Deadline to file the Joint Pretrial Conference Statement shall be no later than October 16, 2009.
- Final Pretrial Conference shall be **October 30, 2009 at 2:30 p.m**.
- Trial date shall be set for **January 26, 2010 at 9:00 a.m**.

//

//

2

STIPULATION AND ORDER TO MODIFY THE AMENDED STATUS (PRETRIAL SCHEDULING) ORDER
CASE NO. CIV S-03-2591 FCD EFB

The disclosure of experts and supplemental experts will be made in conformance with the language contained in the Amended Status (Pretrial Scheduling) Order.

**IT IS SO STIPULATED**

DATED: March 5, 2009
PORTER SCOTT
A Professional Corporation

  /s/ *Nancy J. Sheehan*
NANCY J. SHEEHAN
Attorneys for Defendant

DATED: March 5, 2009
THE STURDEVANT LAW FIRM
A Professional Corporation

  /s/ *Monique Olivier*
MONIQUE OLIVIER
Attorneys for Plaintiffs

DATED: March 5, 2009
EQUAL RIGHTS ADVOCATES

  /s/ *Noreen Farrell*
NOREEN FARRELL
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: March 6, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Z:\428 - Brust v UC Regents\Pleadings\Joint Stip Req to Modify Sched Order 3rd-FINAL.doc