**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
(nsheehan@porterscott.com)
David P.E. Burkett, SBN 241896
(dburkett@porterscott.com)
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
**Attorneys for Defendant**

James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(molivier@sturdevantlaw.com)
**THE STURDEVANT LAW FIRM**
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
**EQUAL RIGHTS ADVOCATES**
1663 Mission Street, Suite 250
San Francisco, CA 94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@comcast.net)
**EQUITY LEGAL**
10 Rosecrest Avenue
Alexandria, VA 22301
Telephone: (703) 683-4491
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY BRUST et al., | CASE NO. 2:07-CV-01488 FCD/EFB |
| | **CLASS ACTION** |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO MODIFY THE AMENDED STATUS (PRE-TRIAL SCHEDULING) ORDER** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| | Complaint Filed: July 24, 2007 |
| Defendant. | Trial Date: January 26, 2010 |
| | The Honorable Frank C. Damrell, Jr. |

1

**STIPULATION AND ORDER TO MODIFY
THE AMENDED STATUS (PRE-TRIAL SCHEDULING) ORDER**

{00676735.DOC}

The parties by and through their counsel of record, request that the Court modify the Amended Status (Pre-Trial Scheduling) Order entered on March 6, 2009 (Docket # 93), for the reasons set forth in this Stipulation.

1. This action was filed on July 24, 2007. Plaintiffs allege that Defendant has violated Title IX of the Education Amendments of 1972 (20 U.S.C. § 1621 *et seq.*), the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution (as enforced through 42 U.S.C. § 1983), and various state statutes by denying them equal opportunity to participate in varsity athletics at the University of California, Davis. Defendant denies the allegations.

2. On April 4, 2008, the Court issued the Amended Status (Pre-Trial Scheduling) Order. (Docket # 48.) On August 25, 2008, the Court granted the parties' Stipulation and Order Modifying the Status (Pre-Trial Scheduling) Order (Docket # 60), which extended the expert witness related dates as follows: (1) Disclosure of expert witnesses with accompanying written reports to November 3, 2008; and (2) disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject to December 15, 2008.

3. On October 15, 2008, the Court granted the parties' Stipulation and Order Modifying the Amended Status (Pre-Trial Scheduling) Order (Docket # 85), which further extended the expert witness related dates as follows: (1) Disclosure of expert witnesses with accompanying written reports to November 21, 2008; and (2) disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject to December 23, 2008.

4. On October 24, 2008, the Court granted Plaintiffs' Motion for Class Certification. (Docket # 86.)

5. On November 17, 2008, the Court granted the parties' Stipulation and Order Modifying the Amended Status (Pre-Trial Scheduling) Order (Docket # 88), which further extended the expert witness related dates as follows: (1) Disclosure of expert witnesses with a accompanying written

reports to December 19, 2008; and (2) disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject to January 23, 2009. In addition, Merits and Expert Discovery Cut-Off dates were extended to March 7, 2009 and the hearing on dispositive motions was extended to July 10, 2009.

      6.      On March 6, 2009, the Court granted the parties' Stipulation and Order Modifying the Amended Status (Pre-Trial Scheduling) Order as follows:

      (a)      Deadline for the disclosure of expert witnesses with accompanying written reports shall be February 13, 2009;

      (b)      Disclosure of supplemental list of expert witnesses with accompanying written reports for persons who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject, shall be March 20, 2009;

      (c)      Merits and Expert Discovery Cut-Off dates to both be May 22, 2009;

      (d)      All dispositive motions shall be heard by no later than September 4, 2009;

      (e)      Deadline to file the Joint Pre-Trial Conference Statement shall be no later than October 16, 2009;

      (f)      Final Pre-Trial Conference shall be October 30, 2009 at 2:30 p.m.; and

      (g)      Trial date shall be set for January 26, 2010 at 9:00 a.m.

The reason for the amendment was that the parties were engaged in productive mediation. The need to focus on that effort required additional time for completion of discovery in the event the mediation effort was not successful.

      7.      The parties are continuing in their mediation/resolution efforts and believe they will be able to notify the Court within sixty (60) days of the date of this Stipulation whether a proposed resolution has been reached. In order to allow the parties to continue to focus their efforts on resolution, they ask the Court to modify the Amended Status (Pre-Trial Scheduling) Order as follows:

**STIPULATION AND ORDER TO MODIFY**
**THE AMENDED STATUS (PRE-TRIAL SCHEDULING) ORDER**

{00676735.DOC}

(a) Merits and Expert Discovery Cut-Off dates to both be July 24, 2009. All other dates to remain the same.

Dated: April 23, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ Nancy J. Sheehan
NANCY J. SHEEHAN
Attorneys for Defendant

Dated: April 23, 2009

THE STURDEVANT LAW FIRM
A Professional Corporation

/s/ Monique Olivier
MONIQUE OLIVIER
Attorneys for Plaintiffs

Dated: April 23, 2009

EQUAL RIGHTS ADVOCATES

/s/ Noreen Farrell
NOREEN FARRELL
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: April 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE