James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Monique Olivier, State Bar No. 190385
(molivier@sturdevantlaw.com)
Whitney Huston, State Bar No. 234863
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Debra Smith, State Bar No. 147863
(dsmith@equalrights.org)
Noreen Farrell, State Bar No. 191600
(nfarrell@equalrights.org)
Lisa Leebove, State Bar No. 186705
(lleebove@equalrights.org)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

Kristen Galles, State Bar No. 148740
(kgalles@comcast.net)
EQUITY LEGAL
10 Rosecrest Avenue
Alexandria, VA  22301
Telephone: (703) 683-4491

Attorneys for Plaintiffs

PORTER SCOTT
A Professional Corporation
Nancy J. Sheehan, State Bar No. 109419
(nsheehan@pswdlaw.com)
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KELSEY BRUST, et al.,**<br><br>             **Plaintiffs,**<br><br>vs.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>             **Defendant.** | **CASE NO. 2:07-CV-01488-FCD-EFB**<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT AND ORDER RE BRIEFING SCHEDULE FOR PRELIMINARY APPROVAL**<br><br>Complaint filed:     July 24, 2007<br>Trial Date:              October 27, 2009<br>Honorable Frank C. Damrell, Jr. |

Pursuant to Eastern District Local Rules 16-160 and 16-272, the parties, by and through their counsel of record, hereby notify the Court that all claims against all parties in this action have been resolved. The parties are preparing joint motion papers for preliminary approval, which includes notice to the class of all settlement terms. The parties do not anticipate there being any opposition to this motion. As such, pursuant to Local Rule 16-160(b), the parties propose the following briefing schedule and hearing date for preliminary approval: (1) Joint Motion for Preliminary Approval Papers to be filed no later than June 30, 2009; and (2) hearing on the Joint Motion for Preliminary Approval on **August 21, 2009, at 10:00 a.m.**

This notice is being filed with the consent of all parties.

DATED: June 22 2009

PORTER SCOTT
A Professional Corporation

  /s/ *Nancy J. Sheehan*
NANCY J. SHEEHAN
Attorneys for Defendant

DATED: June 22 2009

THE STURDEVANT LAW FIRM
A Professional Corporation

  /s/ *Monique Olivier*
MONIQUE OLIVIER
Attorneys for Plaintiffs

DATED: June 22 2009

EQUAL RIGHTS ADVOCATES

  /s/ *Noreen Farrell*
NOREEN FARRELL
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: June 23, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Z:\428 - Brust v UC Regents\Pleadings\Joint Notice of Settlement.doc