Lawrence J. Joseph (SBN 154908)
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Suite 200
Washington, DC 20036
Tel: (202) 669-5135
Fax: (202) 318-2254
Email: ljoseph@larryjoseph.com

Counsel for Prospective Amicus Curiae: EAGLE FORUM EDUCATION & LEGAL DEFENSE FUND

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELSEY BRUST,** *et al.*,<br>*Plaintiffs,*<br><br>v.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA**,<br>*Defendants.* | CASE NO. 2:07-CV-01488-FCD-EFB<br><br>**CLASS ACTION**<br><br>**ORDER**<br><br>DATE: November 13, 2009<br>TIME: 10:00 a.m.<br>COURTROOM: 2<br><br>Complaint filed: July 24, 2007<br>Honorable Frank C. Damrell, Jr. |

On considering Eagle Forum Education & Legal Defense Fund's motion for leave to file its amicus curiae brief, the evidence and argument submitted in support thereof and in opposition thereto, and the entire record herein, it is hereby

**ORDERED** that the motion is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is ordered to file the amicus curiae brief that accompanied the motion on the docket; and it is

ORDER                                                                                                  1

**FURTHER ORDERED** that the Parties may file a response – either jointly or separately – not to exceed fifteen (15) pages within fourteen (14) days of the date of this Order.

**FURTHER ORDERED** that oral argument on the issue of jurisdiction as raised by the Amicus Curiae will not be necessary.

IT IS SO ORDERED this September 29, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE